UCN: 522020MM002409XXXXMM     FL0520800

# COMPLAINT/ARREST AFFIDAVIT – CIRCUIT/COUNTY COURT – PINELLAS COUNTY, FLORIDA

| OBTS # | | REPORT # 20001633 | DOCKET # 1831132 |
|---|---|---|---|
| Person ID 311477622 | | SSN# 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 | |

Charge Description: [ ] Felony  [X] Misdemeanor  [ ] Warrant  [ ] Traffic  [ ] Ordinance    Traffic Citation # (if any)    Court Case #

Charge: RESISTING AN OFFICER; WITHOUT VIOLENCE (OBSTRUCTION)

Court Case #: 20-02409-MM-1

| Defendant's Name (Last, First, Middle) | DOB | Sex | Race | Ht | Wt | Hair | Eyes | Skin |
|---|---|---|---|---|---|---|---|---|
| VARGAS, FINTAN GERARD | 09/10/1974 | M | W | 510 | 220 | BLK | BRO | |

| Alias | DL # V622247743300 | State FL | Scars/Marks/Tattoos/Physical Features |
|---|---|---|---|

| Local Address: 2515 MARY SUE ST SW LARGO FL 33774 | Telephone: refused | Place of Birth: NJ | Citizenship: US |
|---|---|---|---|
| Permanent Address: 2515 MARY SUE ST SW LARGO FL 33774 | Telephone: refused | Employed by / School: | |

Weapon Seized: [ ] Yes  [X] No  Type: NONE
Indication of Drug Influence: Y [ ]  N [X]  UNK [ ]
Indication of Mental Health Issues: Y [ ]  N [X]  UNK [ ]
Indication of Alcohol Influence: Y [ ]  N [X]  UNK [ ]

Co-Defendant's Name: (blank)
Co-Defendant's Name: (blank)

The undersigned swears that he/she has reasonable grounds to believe that the above named defendant on the **18** day of **FEBRUARY**, **2020**, at approximately **2:34 PM**, at **10689 ULMERTON RD**, in Pinellas County did:

UNLAWFULLY OBSTRUCT OR OPPOSE OFFICER T.DISNEY, A DULY AND LEGALLY CONSTITUTED LAW ENFORCEMENT OFFICER OF THE LARGO POLICE DEPARTMENT, WHILE IN THE LAWFUL EXECUTION OF A LEGAL DUTY, WHICH CONSISTED OF CONDUCTING AN INVESTIGATION REGARDING THREATS AND ROAD RAGE WITHOUT OFFERING OR DOING VIOLENCE TO THE PERSON OF THE OFFICER.

WHILE CONDUCTING AN INTERVIEW WITH ONE OF THE PARTIES INVOLVED IN A DISTURBANCE THE DEFENDANT REFUSED TO MAINTAIN A SAFE DISTANCE FROM BEHIND THE OFFICER DESPITE THE SEVERAL VERBAL COMMANDS GIVEN TO THE DEFENDANT BY THE OFFICER TO MAINTAIN HIS DISTANCE FOR OFFICER SAFETY REASONS AND OBSTRUCTING OFFICER DISNEY FROM COMPLETING AN INTERVIEW.

Contrary to Florida Statute/Ordinance **843.02**.

ARREST DATE: 2/18/2020    Time: 2:56 PM    Aggravating/Mitigating Factors: ___

Booking Officer: BROWN, M 59900    Amount of Bond: 150    Bond Out Date: 02/18/20    Time: ___ a.m. / p.m.

Victim Notified of Advisory? [ ] Yes [ ] No    Injuries to Victim? [ ] Yes [ ] No    Medical Treatment to Victim? [ ] Yes [ ] No

The Court reviewed this complaint and finds there: [ ] is probable cause [ ] is not probable cause to detain defendant [ ] Bond Action, if any: ___

The probable cause determination is passed for: [ ] 24 Hrs  [ ] 24 Hrs on showing of extraordinary circumstances    Received by Booking: 2/18/2020 4:03:58 PM

Pursuant to F.S. 92.525 and under penalty of perjury, I declare that I have read the foregoing document and that the facts in it are true.

Declarant Signature: (signed)
Printed Name: PATROL THOMAS DISNEY 507
Agency: LARGO POLICE DEPT.
Declarant ID#: 310277703

REQUEST FOR INVESTIGATIVE COSTS, F.S. 938.27(1)

| DATE | OFFICER | HOURS X PAY RATE | OR | COST |
|---|---|---|---|---|
| 02/18/2020 | DISNEY | 3   25.00 | | $75.00 |

OTHER – Describe: ___
Continuation sheet [ ] Yes [ ] No    TOTAL $ **$75.00**

COCR59 (Revised 10/2014)
830493    Copies to:    Court

**Defendant** VARGAS, FINTAN GERARD         **Court Case No:** 20-02409-MM-1

## ADVISORY AND SOLVENCY HEARING

The above named Defendant came before me for Advisory and Solvency hearing and was advised by me of the charge(s) against him; his right to remain silent; that any statements by him may be used against him; his right to counsel, and, if he is financially unable to afford counsel, that counsel forthwith will be appointed; of his right to communicate with his counsel, family or friends, and that reasonable implementation will be afforded him to contact the foregoing.

I FURTHER CERTIFY THAT:

☐ A. Defendant has advised the Court that he has retained counsel or will retain counsel.
☐ B. The Court investigated Defendant's solvency and found the Defendant financially able to secure counsel.
☐ C. The Court investigated Defendant's solvency and provisionally appointed the Public Defender.
☐ D. The Defendant waived the right to counsel at the first appearance only.

_____          _____
DATE AND TIME                                      JUDGE

☐ I hereby waive the right to counsel at the first appearance only.
☐ I, having been found solvent and financially able to secure counsel, hereby waive counsel until my attorney files an appearance in this case or until I file a written request for a review of my solvency and ability to secure counsel.

                                                     _____
                                                           DEFENDANT'S SIGNATURE

Thumb Print

I HEREBY acknowledge receipt of a copy of the foregoing Complaint and Advisory.

_____    _____    _____
DEFENDANT'S SIGNATURE     DEFENDANT'S ATTORNEY'S SIGNATURE    DATE

COCR59 (Revised 02/2014)