IN THE CIRCUIT/COUNTY COURT OF THE SIXTH JUDICIAL CIRCUIT
OF THE STATE OF FLORIDA IN AND FOR PINELLAS COUNTY

20-02409-MM-G

STATE OF FLORIDA

V.    RESISTING OFFICER W/O VIOLENCE (OBSTRUCTION)

FINTAN VARGAS
PID 311477622

## NO INFORMATION

The State Attorney, having conducted an investigation in this matter, concludes that the facts and circumstances revealed do not warrant prosecution at this time.

Dated: __MAR 1 7 2020__.

BERNIE McCABE, State Attorney
Sixth Judicial Circuit of Florida

_____
Benjamin Kanoski
Assistant State Attorney
Bar no. 78252
SA6eservice@co.pinellas.fl.us
P.O. Box 5028
Clearwater, Florida 33758
(727) 464-6221

NIM-G-JFS/0306pc36