UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

FINTAN VARGAS,

    Plaintiff,

v.                                                                                Case No: 8:22-cv-849-JSM-CPT

CITY OF LARGO, FLORIDA and
THOMAS DISNEY,

    Defendants.
_____

## ORDER OF DISMISSAL

THIS CAUSE comes before the Court *sua sponte*. On May 1, 2023, the Court granted Plaintiff's counsel's motion to withdraw from the case (Dkt. 52). The case was stayed for a period of thirty (30) days to allow The Lento Law Group to find adequate local counsel to assist with this matter or for Plaintiff to find adequate counsel to continue representation. New counsel from The Lento Law Group or another law firm was directed to file a notice of appearance within thirty (30) days of the Order. If Plaintiff did not retain counsel, he was directed to file a notice within thirty (30) days of the Order informing the Court that he wished to proceed pro se and to provide the Court with his mailing address. Failure to do so would result in the dismissal of the case for failure to prosecute the case.

    A review of the file reveals that Plaintiff has not filed a notice of proceeding *pro se* or retained counsel. As the Plaintiff has failed to diligently prosecute the above-styled action pursuant to Local Rule 3.10, it is

**ORDERED AND ADJUDGED** as follows:

1. This cause is dismissed without prejudice as to all Defendants.

2. All pending motions are denied as moot.

3. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida, this 13th day of June, 2023.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record